UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DEBRA LOUISE BAKER, | ) | NO. CV-10-336-JPH |
| | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| Plaintiff, | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 19, to **grant** Defendant's motion for summary judgment.

No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED**

1. The recommendation, **ECF No. 19**, to grant Defendant's motion for summary judgment is **ADOPTED in its entirety**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment for Defendant, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 19th of October, 2011.

*s/ Rosanna Malouf Peterson*

CHIEF JUDGE ROSANNA MALOUF PETERSON
United States District Court