1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5    DEBRA LOUISE BAKER,                )
                                        )
6               Plaintiff,              )
                                        )        NO.  CV-10-336-JPH
7        vs.                            )
                                        )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                 )          **CIVIL CASE**
     Commissioner of Social Security,   )
9                                       )
                Defendant.              )
10                                      )
     _____)
11

12       **STIPULATION BY THE PARTIES:**

13       The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that:

16       The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19       DATED this 19th day of October, 2011.

20                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
21

22

23                                      by: __s/ Karen White_____
                                             Deputy Clerk
24

25   cc: all counsel

26