UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DEBRA LOUISE BAKER, | ) | NO. CV-10-336-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER CLARIFYING COURT'S EARLIER RULING AND DISMISSING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT** |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On October 19, 2011, the Court filed its Order Adopting Report and Recommendation. ECF No. 20. In that Order, the Court stated that it was adopting the recommendation "to grant Defendant's motion for summary judgment." The Court wishes to clarify that the recommendation grants ECF No. 18, the stipulated motion to remand.

Additionally, in light of the Court's adoption of the recommendation, the Plaintiff's Motion for Summary Judgment, ECF No. 12, is now moot.

Accordingly, **IT IS HEREBY ORDERED**

1. The Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is **DENIED AS MOOT**.

**IT IS SO ORDERED**. The District Court Executive is directed to

-1-

enter this Order and forward copies to the parties and Magistrate Judge Hutton

DATED this 20th day of October, 2011.

S/Rosanna Malouf Peterson<br>
ROSANNA MALOUF PETERSON<br>
Chief United States District Court Judge