```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| DEBRA LOUISE BAKER, | NO. CV-10-336-JPH |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 27, to **grant** Plaintiff's motion for attorney fees pursuant to the EAJA.

No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED**

1. The recommendation, **ECF No. 27,** to grant Plaintiff's motion for fees pursuant to the EAJA is **ADOPTED in its entirety**. Plaintiff's motion, **ECF No. 27**, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 24th day of February, 2012.

S/Rosanna Malouf Peterson<br>
CHIEF JUDGE ROSANNA MALOUF PETERSON<br>
United States District Court

-1-