UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA LOUISE BAKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-10-336-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

The Report and Recommendation, ECF No. 27, is adopted in its entirety. Plaintiff's Motion for Attorney Fees, ECF No. 23, is **GRANTED**.

DATED this 24th day of February, 2012.

                                         JAMES R. LARSEN
                                         District Court Executive/Clerk

                                         by: __s/ Karen White_____
                                                    Deputy Clerk

cc: all counsel